Steven M. Dailey #163857
Rebecca L. Wilson #257613
KUTAK ROCK LLP
Suite 1500
5 Park Plaza
Irvine, CA 92614-8595
Telephone: (949) 417-0999
Facsimile: (949) 417-5394
Email: steven.dailey@kutakrock.com

JS-6

Attorneys for Defendants
Select Portfolio Servicing, Inc. And Wells Fargo Bank, N.A., As
Trustee, On Behalf Of The Registered Holders Of First Franklin
Mortgage Loan Trust, Mortgage Pass-Through Certificates,
Series 2004-Ff8 [Erroneously Named As "Wells Fargo Bank"]

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERMOT GIVENS, an individual,<br><br>Plaintiff,<br>v.<br><br>WELLS FARGO BANK, SELECT PORTFOLIO SERVICING, INC., and DOES 1 - 5, inclusive,<br><br>Defendants. | Case No. 2:19-CV-10003-JFW-SKx<br><br>**JUDGMENT OF DISMISSAL** |

On January 24, 2020, the Court granted SELECT PORTFOLIO SERVICING, INC.'s and WELLS FARGO BANK, N.A., AS TRUSTEE, ON BEHALF OF THE REGISTERED HOLDERS OF FIRST FRANKLIN MORTGAGE LOAN TRUST, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-FF8's ["Loan Defendants'"] Motion to Dismiss Plaintiff DERMOT GIVENS's Complaint without leave to amend and ordered the action dismissed with prejudice. Therefore, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is dismissed, with prejudice, as to Loan Defendants, and each of them, and that a Judgment of Dismissal be entered in favor of Loan Defendants and against Plaintiff. Plaintiff is awarded nothing in this action as to Loan Defendants, or either of them.

IT IS SO ORDERED.

DATE: February 4, 2020

_____
HON. JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

JUDGMENT OF DISMISSAL